LEONIE SIEGEL, Respondent, v. NAT SIEGEL, Appellant.— Judgment so far as appealed from modified by reducing the amount directed to be paid for the support and maintenance of plaintiff and of the issue of the marriage to the sum of $200 a

month, and as so modified affirmed, without costs. No opinion. Present —
Finch, Merrell, McAvoy, Martin and O'Malley, JJ.